FRED J. BROTHERTON, INC., PLAINTIFF-RESPONDENT, v. LESTER A. KREILSHEIMER, DEFENDANT-PETITIONER.

See same case below: 22 *N. J. Super.* 385.

*Messrs. Pachella & Chary* for the petitioner.

*Mr. Milton T. Lasher* for the respondent.

February 16, 1953.   Denied.

THE TRUSTEES OF THE FIRST PRESBYTERIAN CHURCH IN NEWARK, PLAINTIFF-PETITIONER, v. THE HOWARD COMPANY-JEWELERS, DEFENDANT-RESPONDENT.

See same case below: 22 *N. J. Super.* 494.

*Messrs. Riker, Emery & Danzig* for the petitioner.

*Messrs. Osborne, Cornish & Scheck* for the respondent.

February 16, 1953.   Granted.